

FILED

APR 24 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.   1:12-MJ-00092-GSA |
| Plaintiff, | ) |
| | ) ORDER TO UNSEAL COMPLAINT AND |
| v. | ) AFFIDAVIT |
| | ) |
| JOHN DOE #1, JOHN DOE #2, | ) |
| JOHN DOE #3, JANE DOE #1, | ) |
| JUNIOR LNU, MARCO LNU and | ) |
| FREDDY LNU, | ) |
| | ) |
| Defendants. | ) |

The complaint and affidavit in support of the complaint, having

been sealed by order of this Court on April 20, 2012, and it

appearing that the complaint and affidavit no longer need to remain

sealed based on the government's motion,

IT IS HEREBY ORDERED that the complaint and affidavit in support

of the complaint herein be unsealed and made public record.

DATED: 4/24/12                    _____
                                  UNITED STATES MAGISTRATE JUDGE

2